IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRIQUE JACKSON,** | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-5126 |
| | : | |
| **MARK CAPOZZA, et al.** | : | |
| | : | |
| | : | |
| Respondents. | : | |

## AMENDED ORDER

**AND NOW**, this _17th_ day of May 2021, **IT IS HEREBY ORDERED AND DECREED** that the order filed March 10, 2021 (ECF 38) shall be **AMENDED** as follows:

1. The date of the Court's order is March 10, 2021;

2. The February 28, 2019 Report and Recommendation of Chief Magistrate Judge Linda Caracappa (ECF 19) is hereby **APPROVED** and **ADOPTED**, as respondents filed no objections thereto; and

3. Petitioner shall be re-tried within 180-days of March 10, 2021 or be released.

                                                             **BY THE COURT:**

                                                             **/s/ Petrese B. Tucker**

                                                             _____
                                                             **Hon. Petrese B. Tucker, U.S.D.J.**